**NOT FOR PUBLICATION**

```
        IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
            DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| JOHN B. KRIEG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REY FINANCIAL, LLC, )<br>)<br>Defendant. )<br>) | Civil No. 2008-59 |

**ATTORNEYS:**

**J. Daryl Dodson, Esq.**
St. Croix, U.S.V.I.
    *For John B. Krieg,*

**Clive Claudius Rivers, Esq.**
St. Thomas, U.S.V.I.
    *For Rey Financial, LLC.*

<u>ORDER</u>

**GÓMEZ, C.J.**

Before the Court is the motion of the plaintiff John B. Krieg ("Krieg") for summary judgment against the defendant Rey Financial, LLC ("Rey"). The premises considered, it is hereby

**ORDERED** that Krieg's motion for summary judgment is **DENIED**.

```
                            S_____
                                Curtis V. Gómez
                                  Chief Judge
```